United States Court of Appeals
FOR THE EIGHTH CIRCUIT
No. 97-1713WM

James Frederick Newport,          *
                                      *

            Appellant,       *

                                      *    Appeal from the United States
      v.                      *    District Court for the Western
                                      *    District of Missouri.

Michelin Aircraft Tire; Michelin Tire  *
Corporation; Calvin McMiller,      *       [UNPUBLISHED]
                                      *

            Appellees.      *
                             _____

Submitted: November 5, 1997
Filed: November 13, 1997
_____

Before FAGG, BOWMAN, and MURPHY, Circuit Judges.
_____

PER CURIAM.

James Frederick Newport appeals following the district court's dismissal of Newport's employment-related complaint on res judicata grounds. Conceding that his complaint was properly dismissed, Newport contends the district court erroneously denied Newport leave to file as a matter of course an amended complaint that overcame the res judicata deficiencies. See Fed. R. Civ. P. 15(a). Contrary to Newport's view, however, the district court's error was harmless. First, we are unable meaningfully to review Newport's argument that his amended complaint was not barred by res judicata because the amended complaint does not appear in the record. Second, having read

portions of the amended complaint that are paraphrased in the record and the briefs, we conclude that Newport's amended complaint would not have preserved his claims. Accordingly, we affirm the judgment of the district court. <u>See</u> 8th Cir. R. 47B. We also deny Newport's motion to supplement the record.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.